UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Follman,

                              Plaintiff(s),

                                                          **O R D E R**

            -against –

                                                          7:22-CV-09999 (CS)


Equifax Information Services, LLC, et al.,
                                        Defendant(s).
-----------------------------------------------------------X
Seibel, J.

      It having been reported to this Court that the claims in this case have been settled **(as only to Defendant American Honda Finance.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant American Honda Finance.)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: May 17, 2023
      White Plains, New York



_____
      CATHY SEIBEL, U.S.D.J.